UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN BUCKWALTER, M.D., | |
| Plaintiff, | 2:10-cv-2034-KJD-RJJ |
| vs. | |
| STATE OF NEVADA BOARD OF MEDICAL EXAMINERS; *et al*., | RECUSAL ORDER |
| Defendants. | |

This case has been assigned to the undersigned Magistrate Judge.

The undersigned United States Magistrate Judge for the District of Nevada is personally acquainted with the Plaintiff in this case. Therefore, the undersigned Magistrate Judge hereby recuses himself from the above entitled matter in order to avoid the appearance of impropriety. Code of Judicial Conduct, Canon 2 B and 28 U.S.C. § 455(a).

Based on the foregoing, this matter is hereby referred to Chief Judge Roger L. Hunt, for reassignment.

DATED this  23rd  day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge